IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMSES ELIECER ROSARIO          :          CIVIL ACTION
HERNANDEZ                        :
                                 :
        v.                       :
                                 :
J.L. JAMISON, Warden, Federal Detention    :
Center, Philadelphia, et al.     :          NO. 26-2306

## ORDER

**AND NOW**, this 13th day of May, 2026, the Government having certified its compliance with Paragraph 3 of our Order dated April 15, 2026, **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED**.


                                    BY THE COURT:


                                    /s/ John R. Padova, J.
                                    John R. Padova, J.